# ATTACHMENT 1

2022 JAN -3 PM 1:52

## COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF _Wisconsin_

(Full name of plaintiff(s))

Michael DuWayne Soulier
90815 Blueberry Rd.
Bayfield, WI. 54814

vs

(Full name of defendant(s))

Bayfield County
Bayfield County Tribal Relations Committee
117 E. 5th Street, P.O. Bx 878 Washburn, WI. 54891

Case Number:

22-cv-3-wmc

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ and resides at
   (State)

   90815 Blueberry Rd. Bayfield, WI. 54814
   (Address)

   (If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **Bayfield County and Bayfield County Tribal Relations Committee**
(Name)

is (if a person or private corporation) a citizen of **Wisconsin**
(State, if known)

and (if a person) resides at **117 E. 5th St. P.O. Box 878, Washburn, WI. 54891**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Same As Above**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On July 8, 2020, while plaintiff, Michael Soulier was driving step sons dirtbike in Red Cliff, Wi., on a extremely hot and humid day, Eric D. Swan a Bayfield County sworn Red Cliff Officer had stopped plaintiff on the dirtbike. Officer Swan approached plaintiff and said "Do you know me!" "Why were you running?" I explained my situation, and I stated I have no reason to run from you! I just seen you a half block ago and you waved to me! Plaintiff stated to the extremely aggresive officer

Attachment One (Complaint) – 2

"Aren't you being investigated for conduct like this?" He yelled "Hands behind your back for fleeing!" Swan cuffed the Plaintiff so tight it cut off circulation to Plaintiff hands, then Swan aggressively put Plaintiff into a extremely hot squad car with windows up for 30 minutes in front of witnesses. As they watched me scream out "I can't breath and flailing uncontrollably, gasping for air. I realized officer Adam Leask speaking to a witness, he was no help to the abuse. Ms. Butterfield is a main witness and was immediately intimadated by Officer Swan and his aggression and officer Swan to assure Plaintiff Michael Soulier would get No investigation prior to the abusive unprofessional arrest.

Plaintiff was then escorted to Bayfield County Jail where the Plaintiff Michael Soulier immediately asked the Bayfield County Jail staff for medical attention as the cuffs were so tight, it cut the circulation to the hands and fingertips. The Plaintiff Michael Soulier told Bayfield County staff his heart hurt and was racing from being in the extremely hot squad car with windows up for too long. The Plaintiff Michael Soulier was denied medical attention throughout

the incarceration. Also, in the interest of justice the Plaintiff Michael Soulier was denied Equal Protection under the Law of the Constitutional Guareentees; when Plaintiff Michael Soulier requested and asked to make an offical complaint to address the extreme force and Police Brutality caused by Officer Eric Swan. The Plaintiff was denied by the Non-Compliant 280 Federal Law provider Bayfield County and its sub-division; Bayfield County Tribal Relations Committee. Without full investigation the Plaintiff Michael Soulin had been overcharged with an extremely high bail. Without a full investigation the Plaintiff was forced to take a deal again, denying the Plaintiff Michael Soulier Full Equal Protection of the Law. Plaintiffs' rights to fundamental fairness was extremely damaged when Bayfield completely ignored the Plaintiff Michael Soulier Rights under the 1968 Indian Civil Rights Act. Bayfield County and its sub-division protected Officer Swan's illegal activity, where Officer Swan had been fired from Polk County for excessive force in his past history of law enforcement.

Plaintiff Michael Soulier seeks damages for both his heart and wrists, injuries that required seperate medical treatment. Plaintiff Michael Soulier would like the Court to consider damages to Mr. Soulier's abridged rights throughout the court process. No investigation for Plaintiff Soulier by Bayfield County violated Plaintiffs 5th Amendment, Right to Due Process, and Constitutional Rights. Plaintiff Rights to 6th Amendment, Rights of the Accused violated as well. Plaintiff's 8th Amendment, Plaintiff Michael Soulier be FREE from excessive Bail and Cruel Punishment were violated. Plaintiff's 14th Amendment, Right no person should be denied Due Process from the Law. All of this has caused the extreme legal deprevations and will haunt Plaintiff Michael Soulier forever.

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiff Michael Soulier would like the court to order a monetary award for the pain and suffering inflicted by the physical and mental distress from this incident. Plaintiff Michael Soulier would like the court to terminate discrimination and misconduct throughout the Bayfield County Legal system and Bayfield County Tribal Relations Committee, and to be held accountable for their actions; via termination of positions and/or incarceration due to no investigation and false imprisonment of the Plaintiff.

E.   JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
   OR
☐ Court Trial – I want a judge to hear my case

Dated this 13th day of December 20 21.

Respectfully Submitted,

*Michael D Soulier*
Signature of Plaintiff

715. 913. 0304
Plaintiff's Telephone Number

msoulier1969@yahoo.com
Plaintiff's Email Address

90815 Blueberry Rd.
Bayfield, WI. 54814
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5