IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL DUWAYNE SOULIER,

    Plaintiff,

    v.

BAYFIELD COUNTY, BAYFIELD
COUNTY TRIBAL RELATIONS
COMMITTEE, OFFICER ERIC SWAN,
BRENDA DEBOE, LUKE KLEEZRA, and
MARK ABLISS ALLISON,

    Defendants.

Case No. 22-cv-3-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of all defendants and dismissing this case.

| s/ Deputy Clerk | 1/18/2024 |
|---|---|
| Joel Turner, Clerk of Court | Date |